Dismissed and Memorandum Opinion filed February 19, 2003









Dismissed and Memorandum Opinion filed February 19,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01204-CV

____________

 

HEATHER MAUDE
LINN, Appellant

 

V.

 

CHARLES KEENER
SCRUGGS, Appellee

 



 

On Appeal from the
County Court at Law No. 1

Galveston County,
Texas

Trial Court Cause
No. 99FD2791

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from an order in a suit to modify the
parent-child relationship signed July 16, 2003. 
On December 18, 2003, this court ordered the parties to mediation.  On February 5, 2004, the mediator filed a
report stating that the case had settled.

Also on February 5, 2004, the parties filed in this court a
signed mediated settlement agreement as to all issues.  See Tex.
R. App. P. 42.1(a)(2).  The
parties agreed that this appeal shall be dismissed.  








Accordingly, the appeal is ordered dismissed.  See Tex.
R. App. P. 42.1(a)(2).

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 19, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.